IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 17 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| **ERIC PAGE**, | ) CRIMINAL NO. 06- 1082 RB |
| Defendant. | ) 21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute 5 grams and more of Methamphetamine, its Salts, Isomers, or Salts of its Isomers. |

### INDICTMENT

The Grand Jury charges:

Beginning on or about the 20th day of October, 2005, up to and including the 27th day of October, 2005, in Chaves County, in the State and District of New Mexico and elsewhere, the defendant, **ERIC PAGE**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: To possess with intent to distribute 5 grams and more of Methamphetamine, its Salts, isomers, or Salts of its isomers, a Schedule II controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 846.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney


05/09/06 2:44pm

