UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | **06-1082 RB** | | USA vs. | **PAGE** | |
|---|---|---|---|---|---|
| Date: | **6/13/07** | | Name of Deft: | **ERIC PAGE** | |

| Before the Honorable | **ROBERT C. BRACK** |
|---|---|

| Time In/Out: | **9:56 A.M. - 10:11 A.M.** | Total Time in Court (for JS10): | 15 MINUTES |
|---|---|---|---|
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **SALLY RUBINO** |
| AUSA: | **BONNIE BRADY** | Defendant's Counsel: | **LEON SCHYDLOWER** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |

| Probation Officer: | **DONNA JAIME/RENE PALOMARES** | Sworn? | X | Yes | | No |
|---|---|---|---|---|---|---|

| Convicted on: | X | Plea | | Verdict | As to: | | Information | X | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |

| Date of Plea/Verdict: | 12/11/06 | PSR: | Not Disputed | Disputed |
|---|---|---|---|---|
| PSR: | Court Adopts PSR Findings | Evidentiary Hearing: | Not Needed | Needed |

| Exceptions to PSR: | |
|---|---|

## SENTENCE IMPOSED

Imprisonment (BOP): **60 MONTHS**

| Supervised Release: | **4 YEARS** | Probation: | | X | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days | |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days | |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days | |
| X | Participate in substance abuse program/drug testing | | Register as sex offender | |
| | Participate in mental health program | | Participate in sex offender treatment program | |
| X | No alcohol/liquor establishments | | Possess no sexual material | |
| X | Submit to search of person/property | | No computer with access to online services | |
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years | |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised | |
| | Provide financial information | | Restricted from occupation with access to children | |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards | |

OTHER:

| Fine: | $ | | Restitution: $ | |
|---|---|---|---|---|
| SPA: | $ | 100 | Payment Schedule: | X | Due Immediately | | Waived |

OTHER:

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | **BIG SPRINGS, TEXAS** | |
| | Dismissed Counts: | | |

| OTHER COMMENTS | **MR. SCHYLOWER WITHDRAWS OBJECTIONS AS TO PSR.** |
|---|---|