AO 245D (Rev 12/10) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Eric Page** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **2:06CR01082-001RB**<br>USM Number: **27311-051**<br>Defense Attorney: **Leon Schydlower (Appointed)** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s)  **Special, SC**  of the term of supervision.
☐  was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Special Condition - The defendant failed to participate in and successfully complete a substance abuse treatment program, which may include drug testing, outpatient counseling, or residential placement. | 12/12/2011 |

The defendant is sentenced as provided in pages 1 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **3471**<br>Last Four Digits of Defendant's Soc. Sec. No. | **03/15/2012**<br>Date of Imposition of Judgment |
| **1985**<br>Defendant's Year of Birth | **/s/ Robert C. Brack**<br>Signature of Judge |
| **Roswell, NM**<br>City and State of Defendant's Residence | **Honorable Robert C. Brack**<br>**United States District Judge**<br>Name and Title of Judge |
| | **03/20/2012**<br>Date Signed |

AO 245D (Rev. 12/10) Sheet 1 Judgment in a Criminal Case for Revocations Sheet 1A								Judgment Page 2 of 3

Defendant: **Eric Page**
Case Number: **2:06CR01082-001RB**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Standard Condition - The defendant failed to notify the probation officer ten days prior to any change in residence or employment. | 12/09/2011 |
| 3 | Standard Condition - The defendant failed to report to the probation officer and failed to submit a truthful and complete written report within the first five days of each month. | 12/12/2011 |

Defendant: **Eric Page**
Case Number: **2:06CR01082-001RB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 months**.

**A term of Supervised Release will not be reimposed.**

☐     The court makes these recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.
☐     The defendant shall surrender to the United States Marshal for this district:
        ☐     at  on
        ☐     as notified by the United States Marshal.
☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        ☐     before 2 p.m. on
        ☐     as notified by the United States Marshal
        ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL


_____
By
DEPUTY UNITED STATES MARSHAL